UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAWRENCE ZEKAS,
    PLAINTIFF                            CASE NO.: 3:22-CV-794-TJC-MCR

Vs.

CHRISTOPHER DUNN and
RAS LAVRAR, LLC
    DEFENDANTS.
_____/

### DEFENDANTS' REPLY TO PLAINTIFF'S NOTICE AND DEMAND FOR DEFAULT

COMES NOW, CHRISTOPHER DUNN and RAS LAVRAR LLC, Defendants, in the above referenced action (hereinafter "Defendants"), file this reply to Plaintiff's Notice and Demand for Default, and states as follows:

1. Defendants deny the representations made in Plaintiff's Notice and Demand for Default.

2. Plaintiff's basis for its demand for default refers to its previously filed motion to strike based upon a corporation cannot represent itself in Court.

3. Plaintiff has not presented the Court with any Florida precedent condemning Defendants' attorney, Flynn LaVrar's representation nor any Florida or Federal rule that prohibits or disqualifies Flynn LaVrar's representation in this action. See *Pharma Supply, Inc. v Stein, 082814*, 14-80374-CIV, Dist. Court, SD FL 2014 (order denying plaintiff's motion to disqualify Slenn, one of the attorneys and partner of defendant, Stein Law, P.C.)

{00224777.DOCX}

4. Defendants have timely responded to Plaintiff's Complaint, through a lawfully licensed attorney, Flynn LaVrar, Esq., therefore demand for default is improper.

Dated this 13th day of September 2022.

Respectfully submitted,

/s/ Flynn LaVrar__
Flynn LaVrar, Esq.,
FL Bar #91596

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that a copy of the foregoing document has been electronically filed on 09/13/2022 to interested parties per the service list via the Court's CM/ECF system.

/s/ Flynn LaVrar__
Flynn LaVrar, Esq., FL Bar #91596
*ATTORNEYS FOR DEFENDANTS*
1133 S. University Drive, 2nd Floor
Plantation, FL 33324
954-735-4455  or  800-531-5490
954-735-0227 (fax)
844-384-6768 (TTY)
service@raslavrar.com
flavrar@raslavrar.com

**SERVICE LIST**

"In care of"

LAWRENCE ZEKAS
*9736 PEABODY DRIVE NORTH
JACKSONVILLE, FLORIDA 32221