# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LAWRENCE ZEKAS,

    Plaintiff,

v.                                       Case No. 3:22-cv-794-TJC-MCR

CHRISTOPHER DUNN and RAS
LAVRAR, LLC,

    Defendants.

## O R D E R

This case is before the Court on pro se Plaintiff Lawrence Zekas's Demand to Strike Defendants' "Notice of Appearance" From the Record, a Corporation Cannot Represent Itself in Court (Doc. 8) and Notice and Demand for Default Pursuant to Rule 56(C)(2)(3)(4) (Doc. 9). Defendants responded (Doc. 10) and Zekas replied (Doc. 11). Zekas argues that attorney Flynn LaVrar cannot represent Defendant RAS LaVrar, LLC because LaVrar is employed by RAS LaVrar and corporate entities cannot represent themselves in court. (Doc. 8 at 2–7). Zekas is correct that a corporate entity cannot represent itself on a pro se basis, Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985); however, LaVrar is a licensed attorney admitted to practice in this Court. LaVrar, as a duly licensed attorney, is not per se precluded from representing an entity just because he is an employee at the entity. See Lowery v. Hoffman, 188 F.R.D.

651, 653 (M.D. Ala. 1999) ("It is beyond dispute that a <u>non-attorney</u> may not represent a corporation in federal court.") (citing 28 U.S.C. § 1654) (emphasis added). Zekas offers no other reason LaVrar should be disqualified. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Demand to Strike Defendants' "Notice of Appearance" From the Record, a Corporation Cannot Represent Itself in Court (Doc. 8) is **DENIED**.

2. Plaintiff's Notice and Demand for Default Pursuant to Rule 56(C)(2)(3)(4) (Doc. 9) is **DENIED as moot**.[1]

3. No later than **October 26, 2022**, Plaintiff shall respond to Defendants' Motion to Dismiss (Doc. 5).

**DONE AND ORDERED** in Jacksonville, Florida the 5th day of October, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:
Counsel of record
<u>Pro</u> <u>se</u> Plaintiff

---

[1] Zekas's Demand for Default (Doc. 9) is based on the same arguments raised in the Demand to Strike (Doc. 8).