UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION


LAWRENCE ZEKAS,
        PLAINTIFF                          CASE NO.: 3:22-CV-794-TJC-MCR

Vs.

CHRISTOPHER DUNN and
RAS LAVRAR, LLC
        DEFENDANTS.
_____/

**<u>DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED PETITION</u>**

Pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 41(b) Defendants, Christopher

Dunn and RAS LAVRAR LLC, move this Court to dismiss Plaintiff's Complaint and as grounds

states:


**<u>Background</u>**

On or about March 16, 2023, Plaintiff's complaint was dismissed without prejudice

pursuant to Defendant's Motion to Dismiss. Defendants have attached copies of the order of

dismissal and Defendants' original Motion to Dismiss to this Motion, respectively, as *Exhibit A*

and *Exhibit B*.


**<u>Argument and Memorandum of Law</u>**

Defendants re-allege and incorporates all arguments of law and fact contained within

Defendants' original Motion to Dismiss, filed on or about August 24, 2022. *See Exhibit B*. In

addition to the arguments contained within Defendants' original Motion to Dismiss, Defendants

assert that Plaintiff's First Amended Petition should be dismissed pursuant to Fed. R. Civ. P. 41(b).

## PLAINTIFF'S FIRST AMENDED PETITION SHOULD BE DISMISSED UNDER Fed. R. Civ. P. 41(b)

"**Rule 41 (b) Involuntary Dismissal; Effect**. If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication on the merits." *Fed. R. Civ. P. 41(b)*.

The Court ordered the Plaintiff to specifically address the following in Plaintiff's amended complaint: **I. Why the statute of limitations does not bar the suit**; **II. Why the filing of the collection lawsuit against him violates the Fair Debt Collection Practices Act**; and **III. What happened in the collection lawsuit in state court**. *See Exhibit A*

I.   **Plaintiff's First Amended Complaint fails to address why the statute of limitations does not bar the suit.**

Plaintiff argues in its First Amended Petition that Defendants did not begin violating the FDCPA until Plaintiff was served with the summons on July 23, 2021 and alleges that other FDCPA violations had been perpetrated by Defendants after that date but fails to allege an actual date of those alleged subsequent violations. Not only are Plaintiffs allegations legally insufficient under Fed. R. Civ. P. 8(a)(2) and subject to dismissal under Fed. R. Civ. P. 12(b)(6), but Plaintiffs allegations fail to address why the statute of limitations does not bar the suit per the

2

Court's order. Thus Plaintiff's First Amended Petition must be dismissed pursuant to Fed. R. Civ. P. 41(b).

II.    **Plaintiff's First Amended Complaint fails to address why the filing of the collection lawsuit against him violates the Fair Debt Collection Practices Act.**

Plaintiff's First Amended Petition fails to articulate a legal reason why the filing of the collection lawsuit violates the FDCPA. Plaintiff cites 15 U.S. Code § 1692 in its First Amended Petition but fails to allege how Defendants violated that law. Plaintiff also fails to attach any evidence to support their allegations that Defendants violated the FDCPA by filing the collection lawsuit.

III.    **Plaintiff was found to be liable in the collection lawsuit in state court.**

Plaintiff mentions very briefly that the Plaintiff in collection lawsuit was granted Summary Judgment in that matter. This <u>undeniable fact</u> negates Plaintiffs entire argument that Defendants wrongfully pursued legal action against the Plaintiff in violation of the FDCPA. Defendants have attached the order granting Defendants' Motion for Summary Judgment to this Motion as *Exhibit C*.

**Conclusion and Relief Requested**

Plaintiff's First Amended Petition alleging violations of the FDCPA is time-barred. Plaintiff's First Amended Petition is also barred by the doctrine of litigation immunity, by failure to allege facts supporting the claims asserted, and failure to comply with the Court's order pursuant to Fed. R. Civ. P. 41(b).  Defendants request this Court to dismiss Plaintiff's First Amended Petition with prejudice.

I certify that on May 17, 2023 a copy of this document was sent to interested parties per the service list via ECF.

*/s/ Flynn LaVrar*
Flynn LaVrar, Esq., FL Bar #91596
*ATTORNEYS FOR DEFENDANTS*
1133 S. University Drive, 2nd Floor
Plantation, FL 33324
954-735-4455 or 800-531-5490
954-735-0227 (fax)
844-384-6768 (TTY)
service@raslavrar.com
flavrar@raslavrar.com

**SERVICE LIST**

"In care of"

LAWRENCE ZEKAS *9736 PEABODY DRIVE NORTH JACKSONVILLE, FLORIDA 32221

*Exhibit A*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

LAWRENCE ZEKAS,

     Plaintiff,

v.                                   Case No. 3:22-cv-794-TJC-MCR

CHRISTOPHER DUNN and RAS
LAVRAR, LLC,

     Defendants.

_____

## O R D E R

**THIS CASE** is before the Court on defendants' motion to dismiss (Doc. 5) to which plaintiff has responded (Doc. 13).

The Court is doubtful whether a Fair Debt Collection Practices Act suit can be maintained against a law firm seeking to collect a debt on behalf of a third party in these circumstances. However, the Court will give plaintiff, who is proceeding <u>pro se</u>, one final opportunity to file an amended complaint. In the amended complaint, plaintiff should address why the statute of limitations does not bar the suit and why the filing of the collection lawsuit against him violates the Fair Debt Collection Practices Act. Plaintiff should also address what happened in the collection lawsuit in state court.

Accordingly, it is hereby

**ORDERED:**

1. Defendant's motion to dismiss (Doc. 5) is **GRANTED**.  The complaint is dismissed without prejudice.

2. No later than **April 17, 2023**, plaintiff should file an amended complaint.  Defendants should respond to the amended complaint no later than **May 17, 2023**. If defendants move to dismiss the amended complaint, plaintiff will file a response to the motion no later than **June 16, 2023**.

   **DONE AND ORDERED** in Jacksonville, Florida the 16th day of March, 2023.

                                          *Timothy J. Corrigan*
                                          TIMOTHY J. CORRIGAN
                                          United States District Judge

kh
Copies:

Pro Se plaintiff
Counsel of record

2

*Exhibit B*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAWRENCE ZEKAS,
      PLAINTIFF                          CASE NO.: 3:22-CV-794-TJC-MCR

Vs.

CHRISTOPHER DUNN and
RAS LAVRAR, LLC
      DEFENDANTS.
_____/

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants, Christopher Dunn and RAS LAVRAR LLC, move this Court to dismiss Plaintiff's Complaint and as grounds states:

### Background

The sole interaction between Plaintiff and Defendants arise from Defendants' filing of a Complaint against Plaintiff on or about July 7, 2021 in an attempt to recover a debt owed on an unpaid credit card account owned by Citibank, N.A; a copy of which is attached as an Exhibit "1". Plaintiff brings his Complaint against Defendants on or about July 22, 2022 alleging violations of the Fair Debt Collection Practices Act (FDCPA), Breach of Contract and Infliction of Emotional Distress.

### Argument and Memorandum of Law

Plaintiff's claims are premised upon Defendants' filing of a lawsuit and are unquestionably barred by statute of limitations and the doctrine of litigation immunity. Furthermore, the allegations of the complaint seem to be intentionally vague. There are no exhibits regarding the claims that allegedly gives rise to the violations. Plaintiff's Complaint uses conclusory language

without any factual support. Indeed, the complaint is little more than the naked assertion that Defendants violated the acts.

It is true that Fed. R. Civ. P. 8(a)(2) requires only "a short and plain statement of the claim showing that the pleader is entitled to relief." It is also true that, on a motion to dismiss, the Court must consider the allegations in the complaint as true. However, this rule "is inapplicable to legal conclusions" such as a naked allegation of liability. *Ashcroft v. Iqbal*, 556 U.S. 662, 678, 129 S. Ct. 1937, 173 L. Ed. 2d 868 (2009). **The allegations must include "more than an unadorned, 'the-defendant-unlawfully-harmed-me' accusation."** *Id.* (*citing Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555, 127 S. Ct. 1955, 167 L. Ed. 2d 929 (2007)). "**Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice**." *Id.*

To survive a motion to dismiss under Fed. R. Civ. P. 12(b)(6), "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim for relief that is plausible on its face.' " *Id.* (*quoting Twombly*, 550 U.S. at 570). The *Ashcroft* Court makes clear that a claim has facial plausibility when the plaintiff pleads *factual content* that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged. The plausibility standard requires more than a sheer possibility that a defendant has acted unlawfully. Where a complaint pleads facts that are merely consistent with a defendant's liability, it stops short of the line between possibility and plausibility of entitlement to relief. "The Eleventh Circuit has held that when considering a 12(b)(6) motion to dismiss, a court may take judicial notice of the public record, without converting the motion to one for summary judgment [as Rule 12(d) allows when a movant presents arguments or materials that go beyond the four corners of the complaint], because such documents are capable of accurate and ready determination by resort to sources whose accuracy cannot

reasonably be questioned." *Davis v. Williams Communications, Inc.*, 258 F. Supp. 2d 1348, 1352 (N.D. Ga. 2003) (*citing Bryant v. Avado Brands Inc.*, 187 F.3d 1271, 1279-80 (11th Cir. 1999)).

## Plaintiff's FDCPA Claims Must be Dismissed for Statute of Limitations

Plaintiff alleges that Defendants violated the FDCPA for actions which culminated with, and included, Defendants' filing of the Complaint. Pursuant to the plain language of the FDCPA, Plaintiff was required to file this action "within one year from the date *on which the violation occurs."* § 1692k(d) (emphasis added). In this case, Defendants filed the lawsuit on July 7, 2021 and Plaintiff's Complaint was not filed until July 22, 2022. As a result, the alleged violations of the FDCPA are time-barred as the one-year statute of limitations has expired. Federal court decisions in Florida's Middle District support the proposition that the one-year statute of limitations on a FDCPA claim begins to run on the date the alleged lawsuit was filed. *See Zenon v. Palisades Collection, LLC*, 807-CV-2198T-30MAP, 2008 WL 506231, at *1 (M.D. Fla. 2008). "An action brought pursuant to the FDCPA must be brought within one year of the date on which the alleged violation occurred… [because the FDCPA claim] is based on the filing of the County Court Action, the date that action was commenced is the date the statute of limitations began to run." *Hinds v. Credigy Receivables, Inc.*, 607CV-1081-ORL-28GJK, 2008 WL 5381345, at *6 (M.D. Fla. 2008).

## Plaintiff's Claims Must be Dismissed as a Matter of Law

The Florida Litigation Privilege extends immunity to Defendants for "any act occurring during the course of judicial proceedings." Levin, et al. v. U.S. Fire Insur. Co., 639 So.2d 606, 608 (Fla. 1994). Applying "across the board to actions in Florida, both to common-law causes of action, those initiated pursuant to a statute, or of some other origin," the Litigation Privilege provides absolute immunity "'to any act occurring during a judicial proceeding . . . so long as the

act has some relation to the proceeding.'" Echevarria, et al. v. Cole, 950 So.2d 380, 384 (Fla. 2007) (citing Levin, et al., 639 So.2d at 608). The Litigation Privilege may be used in resolving a motion to dismiss when "'the complaint affirmatively and clearly shows the conclusive applicability' to the defense to bar the action." Jackson v. Bellsouth Telecomms., 372 F.3d 1250, 1277 (11th Cir. 2004)(citing Reisman v. Gen. Motors Corp., 845 F.2d 289, 291 (11th Cir. 1988)). The Florida Supreme Court again confirmed Florida's broad Litigation Privilege stating that: "judges, counsel, parties, and witnesses should be absolutely exempted from liability [for acts undertaken] in the course of judicial proceedings, regardless of how false or malicious the statements may be, as long as the statements bear some relation to or connection with the subject of inquiry." Delmonico v. Traynor, 116 So. 3d 1205 (Fla. 2013).

### Conclusion and Relief Requested

Plaintiff's Complaint alleging violations of the FDCPA is time-barred. Plaintiff's Complaint is further barred by the doctrine of litigation immunity and fails to allege facts supporting the claims asserted. Defendants request this Court to dismiss Plaintiff's Complaint with prejudice.

I certify that on  08/24/2022  a copy of this document was sent to interested parties per the service list via ECF.

/s/ Flynn LaVrar
Flynn LaVrar, Esq., FL Bar #91596
ATTORNEYS FOR DEFENDANTS
1133 S. University Drive, 2nd Floor
Plantation, FL 33324
954-735-4455  or  800-531-5490
954-735-0227 (fax)
844-384-6768 (TTY)
service@raslavrar.com
flavrar@raslavrar.com

**SERVICE LIST**

"In care of"

LAWRENCE ZEKAS
*9736 PEABODY DRIVE NORTH
JACKSONVILLE, FLORIDA 32221

EXHIBIT "1"

Filing # 130214103 E-Filed 07/07/2021 05:00:47 PM

IN THE COUNTY COURT FOR THE 4TH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER:

CITIBANK N.A. ,
              Plaintiff,
vs.

LAWRENCE ZEKAS,
              Defendant.
_____/

## COMPLAINT

The Plaintiff sues the Defendant and alleges:

### COUNT I- ACCOUNT STATED

1. This is an action for damages which exceed $8,000 but does not exceed $30,000.00.
2. The Defendant made purchases of various and diverse consumer goods and/or effected cash advances through the use of a SEARS MASTERCARD® credit account obtained from the Plaintiff on account number XXXXXXXXXXXX9081.
3. Before the institution of this action Plaintiff and Defendant had business transactions between them and they agreed to the resulting balance.
4. Plaintiff rendered a statement of account to Defendant and Defendant did not object to the statement.
5. Defendant owes the Plaintiff $18256.04 that is due.

WHEREFORE, Plaintiff demands judgment against the Defendant(s) for damages of $18256.04, court costs, and any other relief this court deems just and proper.

      _/s/ Christopher Dunn, Esq._
      Flynn LaVrar, Esq., FL Bar #91596
      Shelby Sterling, Esq., FL Bar #124880
      Drew Linen, Esq., FL Bar #121577
      Daphne Ganthier, Esq., FL Bar #14336
      Jennifer K. Klein, Esq., FL Bar #89432
      Christopher J. Dunn, Esq., FL Bar #1011293
      *ATTORNEYS FOR PLAINTIFF*
      1133 S. University Drive, 2nd Floor
      Plantation, FL 33324
      954-735-4455  or  800-531-5490
      954-735-0227 (fax)
      844-384-6768 (TTY)
      service@raslavrar.com

                    File #:  3000943244

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

 

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
SEARS CREDIT CARDS
PO Box 6282, Sioux Falls, SD 57117-6282

**sears**
Mastercard®

**Customer Service:**
searscard.com
**Account Inquiries:**
1-800-669-8488

**Account Number:** ▮▮▮▮9081

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $14,628.47 |
| Payments | -$220.00 |
| Other Credits | -$0.00 |
| Purchases | +$1,232.45 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$33.20 |
| New Balance | $15,674.12 |
| Past Due Amount | $0.00 |

| | |
|---|---|
| Credit Limit | $16,900.00 |
| Available Credit | $1,132.00 |
| Cash Advance Limit | $50.00 |
| Available Cash Limit | $50.00 |
| Amount Over Credit Limit | $0.00 |
| Statement Closing Date | 08/08/2019 |
| Next Statement Closing Date | 09/06/2019 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $15,674.12 |
| Minimum Payment Due | $236.00 |
| Payment Due Date | September 4, 2019 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 28 years | $48,377 |
| $607 | 3 years | $21,852 (Savings=$26,525) |

If you would like information about credit counseling services, call 1-877-337-8187.

Beginning in September, there will be a $5 expedited payment fee to make a same day payment with a customer service agent. To make a payment at any time with no fee, including a same day payment, you can use the automated voice response system or access your account online at searscard.com.

Please update your phone number, including cell phone number on the back of the payment coupon.

Marketing offers included in this statement are intended for residents of the United States and its Territories.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 07/08 | SHEETZ        00001974 STEPHENS CITY VA | 05410195XEFSFH1RA | $ 37.87 |
| 07/08 | APL*ITUNES.COM/BILL   866-712-7753 CA | 55432865X5SATK3VZ | $ 8.54 |
| 07/09 | APL*ITUNES.COM/BILL   866-712-7753 CA | 55432865Y5SHMKWYB | $ 2.99 |
| 07/09 | APL*ITUNES.COM/BILL   866-712-7753 CA | 55432865Y5SHWSADH | $ 9.99 |
| 07/09 | DSW.        866-3797463 OH | 75418235Y26SF7NX1 | $ 20.32 |

Your ThankYou® Points Total Is: **1,789** as of 07-31-19

thankyou from citi

ME 3

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2.    Page 1 of 8    This Account is Issued by Citibank, N.A.

↓ Please detach and return lower portion with your payment to insure proper credit. Retain upper portion for your records. ↓

**sears®**

PO BOX 6288
SIOUX FALLS, SD 57117-6288

Statement Enclosed

Your Account Number is ▮▮▮▮9081



| | |
|---|---|
| Payment Due Date | September 4, 2019 |
| New Balance | $15,674.12 |
| Past Due Amount | $0.00 |
| Minimum Payment Due | $236.00 |
| Amount Enclosed: $ | |

Please print address changes on the reverse side.
Make Checks Payable to ▼

LAWRENCE ZEKAS
9736 PEABODY DR N
JACKSONVILLE, FL  32221-1282

SEARS CREDIT CARDS
PO BOX 9001055
LOUISVILLE, KY 40290-1055

02100  0023600  1567412  0022000  9081 0315

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases, you must pay the New Balance by the payment due date every billing cycle. We will begin charging interest on cash advances and balance transfers (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period. In addition, if you have a major purchase plan balance, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance, so long as you pay the New Balance (less any excluded balance, plus any separately required payment on an excluded balance) in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Balance Transfers.** Balance transfer amounts are included in the "Purchases" line in the Summary of Account Activity (if balance transfers are available on your account).

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time there, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**
- **In-Store (Where Available).** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds. Not all stores accept payments. Contact your local store to see if in-store payments are accepted at that location.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.

- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6217, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:

1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

SMC/TGI/SCC/SCP/HIPs APR19

/A/- ME - 1238-5300-0092 -/B/- EM - 9 - STYNOFEE -- -/C/- - 0 - - 30 -/D/- P - E - Y - 0 - Y -/E/- 0 - - - - 0 - 0 - 0 -
/F/- 01/09/19 - 06/01/11 - 98 - July 8, 2019 -/G/- N - - - -/H/- 0 - - G41V -V -/I/- V - - 0 - 0 - - -/J/- - - - 1905S - - 0719

**Please provide change of address and update/add your phone numbers here:** (Use blue or black ink.)

_____

_____

_____

\*Cell: _____    \*Home: _____

**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

Account:  **** **** **** 9081

## TRANSACTIONS (cont.)

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| 07/09 | DSW.          866-3797463  OH | 75418235Y26SN3MJE | $      32.49 |
| 07/10 | DSW.          866-3797463  OH | 75418235Z26VK2XGE | $      25.27 |
| 07/12 | APL* ITUNES.COM/BILL  866-712-7753 CA | 5543286615S969WV6 | $        9.99 |
| 07/12 | CHARMING CHARLIE 120 MOOSIC  PA | 5543286625SFQ37FW | $      50.85 |
| 07/12 | CHRISTMAS TREE #7036 MOOSIC  PA | 555480762PAXF91V0 | $      55.84 |
| 07/15 | PERKINS RESTAU00320135 JOHNSON CITY  TN | 054101965MZEWKYTR | $      59.66 |
| 07/15 | BLESS UR HEART WAREHOU  4177781554  MO | 554299065JHA7KY2Y | $      15.50 |
| 07/17 | APL* ITUNES.COM/BILL  866-712-7753 CA | 5543286665SFF52F4 | $      14.41 |
| 07/18 | DOWN SYNDROME ASC JAX  9043536300  FL | 554299067JHDD2ZT8 | $      20.76 |
| 07/18 | CHICK-FIL-A #02088 JACKSONVILLE  FL | 051404868LM84YTWA | $        8.23 |
| 07/18 | OAKLEAF FAMILY CHIROPR JACKSONVILLE  FL | 755049968S66FJ6AX | $    119.00 |
| 07/20 | PURITANS PRIDE       800-645-1030 NY | 5543286695V2RWYAZ | $    113.50 |
| 07/22 | APL* ITUNES.COM/BILL  866-712-7753 CA | 5543286685SLL86AG | $        4.99 |
| 07/27 | APL* ITUNES.COM/BILL  866-712-7753 CA | 55432866G5SS75ZEZ | $        9.03 |
| 08/01 | LA VERITE BRILLIANCE I  360-2007521  WA | 85247816NS66L87VL | $    450.00 |
| 08/01 | PAYMENT - THANK YOU | 85121066MEHWWY99A | $    220.00- |
| 08/07 | ORANGE PARK EYE CNTR ORANGE PARK  FL | 55480776V60ZFATV3 | $      50.00 |
| 08/07 | AMAZON.COM*MA1GA5QZ1 A AMZN.COM/BILL WA | 55310206V2DZQQ3ZZ | $      78.23 |
| 08/08 | AMZN MKTP US*MA0AT0982 AMZN.COM/BILL WA | 55432866W5SHSQ4R9 | $      34.99 |

## FEES

| | | | |
|---|---|---|---|
| | TOTAL FEES FOR THIS PERIOD | | $        0.00 |

## INTEREST CHARGED

| | | | |
|---|---|---|---|
| 08/08 | INTEREST CHARGE ON PURCHASES | | $      33.20 |
| | TOTAL INTEREST FOR THIS PERIOD | | $      33.20 |

### 2019 Totals Year-to-Date

| | |
|---|---|
| Total Fees Charged in 2019 | $0.00 |
| Total Interest Charged in 2019 | $33.20 |

## ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promo Trans Date | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PURCHASES | | | | | | | | | | |
| REGULAR | • | • | $797.47 | • | $1,232.45 | $33.20 | $2,063.12 | • | • | • |
| BALANCE TRANSFER | $16,000.00 | 06/11/18 | $13,831.00 | $220.00- | • | • | $13,611.00 | • | • | 11/2019 |
| CASH ADVANCES | | | | | | | | | | |
| REGULAR | • | • | • | • | • | • | • | • | • | • |
| TOTAL | | | $14,628.47 | $220.00- | $1,232.45 | $33.20 | $15,674.12 | $0.00 | $0.00 | |

If a promotional balance has a month / year expiration date, the promotional offer on that balance expires as of the Statement Closing Date occurring during that month / year.

## INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| PURCHASES | | | |
| REGULAR | 27.24% (D)(V) | $1,435.19 | $33.20 |
| BALANCE TRANSFER | 0.00% (D) | $0.00 | $0.00 |
| CASH ADVANCES | | | |
| REGULAR | 29.15% (D)(V) | $0.00 | $0.00 |
| (V) = Variable Rate   (D) = Daily | | | |

Account: **** **** **** 9081

THIS PAGE INTENTIONALLY LEFT BLANK

Account:  **** **** **** 9081

| *THANKYOU POINTS EARNED ON SEARS MASTERCARD* | |
|---|---|
| ThankYou Member ID 8910231614256751 | |
| Base 1X on purchases | 1232 |
| **Points Earned This Billing Cycle** | **1232** |

**Visit thankyou.com or call 1-800-THANKYOU (842-6596)
to redeem points or see full rewards details.**

Bonus Points may take one to two billing cycles to appear on your statement. Please refer to
the specific terms and conditions pertaining to the promotion for further details.

**So many ways to use ThankYou Points!**  thankyou from citi

Visit thankyou.com and use ThankYou Points for:

Gift
Cards

Travel
Rewards

Merchandise
and More

**Plus, transfer ThankYou Points into Shop Your Way® Points**
For more information, call 1-800-842-6596.

Account: **** **** **** 9081

THIS PAGE INTENTIONALLY LEFT BLANK





Offer good through 10/31/2019 with all quoted prices and fees subject to change. Free items are available while supplies last. Life Alert assumes all responsibility and liability for the content of this advertisement and for the products. By making a purchase at Life Alert, you will be disclosing your credit card account number to a company outside the Citigroup family of companies. Sears cards are issued by Citibank, N.A. Citibank is not responsible for products and services offered by other companies. The Sears trademark is registered and used under license from Sears Brands, LLC. © 2019

371

 

# Account Statement

Send Notice of Billing Errors and Customer Service Inquiries to:
SEARS CREDIT CARDS
PO Box 6282, Sioux Falls, SD 57117-6282

**Customer Service:**
searscard.com
**Account Inquiries:**
1-800-669-8488

Account Number: ▮▮▮▮▮▮ 9081

## Summary of Account Activity

| | |
|---|---|
| Previous Balance | $17,807.99 |
| Payments | -$0.00 |
| Other Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash Advances | +$0.00 |
| **Fees Charged** | **+$39.00** |
| **Interest Charged** | **+$409.05** |
| New Balance | $18,256.04 |
| Past Due Amount | $2,802.00 |

| | |
|---|---|
| Credit Limit | $0.00 |
| Available Credit | $0.00 |
| Cash Advance Limit | $0.00 |
| Available Cash Limit | $0.00 |
| Amount Over Credit Limit | $1,356.04 |
| Statement Closing Date | 03/08/2020 |
| Next Statement Closing Date | 04/07/2020 |
| Days in Billing Cycle | 31 |

## Payment Information

| | |
|---|---|
| New Balance | $18,256.04 |
| Minimum Payment Due | $4,789.04 |
| Payment Due Date | April 4, 2020 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 27 years | $50,116 |
| $743 | 3 years | $26,738 (Savings=$23,378) |

If you would like information about credit counseling services, call 1-877-337-8188.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please update your phone number, including cell phone number on the back of the payment coupon.

## TRANSACTIONS

| Trans Date | Description | Reference # | Amount |
|---|---|---|---|
| **FEES** | | | |
| 03/04 | LATE FEE | | $  39.00 |
| | TOTAL FEES FOR THIS PERIOD | | $  39.00 |
| **INTEREST CHARGED** | | | |
| 03/08 | INTEREST CHARGE ON PURCHASES | | $  409.05 |
| | TOTAL INTEREST FOR THIS PERIOD | | $  409.05 |

8 ME 3

PLEASE SEE IMPORTANT INFORMATION ON PAGE 2.          Page 1 of 4          This Account is Issued by Citibank, N.A.

↓   Please detach and return lower portion with your payment to insure proper credit. Retain upper portion for your records.   ↓

# sears®

Your Account Number is ▮▮▮▮▮9081

PO BOX 6286
SIOUX FALLS, SD 57117-6286

| | |
|---|---|
| Payment Due Date | April 4, 2020 |
| New Balance | $18,256.04 |
| Past Due Amount† | $2,802.00 |
| Minimum Payment Due | $4,789.04 |

**Statement Enclosed**

Amount Enclosed: $ | | | | . | | |

†Past Due Amount is included in the Minimum Payment Due.
Please print address changes on the reverse side.
**Make Checks Payable to ▼**

LAWRENCE ZEKAS
9736 PEABODY DR N
JACKSONVILLE, FL  32221-1282

SEARS CREDIT CARDS
PO BOX 9001055
LOUISVILLE, KY 40290-1055

02100 0478904 1825604 0022000▮▮▮▮▮ 9081 0314

**Information About Your Account.**

**How to Avoid Paying Interest on Purchases.** Your payment due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your New Balance by the payment due date each month. This is called a grace period on purchases. To get a grace period on purchases, you must pay the New Balance by the payment due date every billing cycle. We will begin charging interest on cash advances and balance transfers (if available on your account) on the transaction date.

If you have a balance subject to a deferred interest promotion and that promotion does not expire before the payment due date, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. In addition, if you have a major purchase plan balance, that balance (an "excluded balance") is excluded from the amount you must pay in full to get a grace period on a purchase balance other than an excluded balance. However, you must still pay any separately required payment on the excluded balance. In billing cycles in which payments are allocated to deferred interest balances first, the deferred interest balance will be reduced before any other balance on the account. However, you will continue to get a grace period on purchases, other than an excluded balance, so long as you pay the New Balance (less any excluded balance, plus any separately required payment on an excluded balance) in full by the payment due date each billing cycle.

In addition, certain promotional offers may take away the grace period on purchases. Other promotional offers not described above may also allow you to have a grace period on purchases without having to pay all or a portion of the promotional balance by the payment due date. If either is the case, the promotional offer will describe what happens.

**How We Calculate Your Balance Subject to Interest Rate.** We use a daily balance method (including current transactions) to calculate interest charges. To find out more information about the balance computation method and how the resulting interest charges were determined, contact us at the Account Inquiries number on the front.

**Balance Transfers.** Balance transfer amounts are included in the "Purchases" line in the Summary of Account Activity (if balance transfers are available on your account).

**Other Account and Payment Information.**

**Payment Amount.** You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

**When Your Payment Will Be Credited.** If we receive your payment in proper form at our processing facility by 5 p.m. local time then, it will be credited as of that day. A payment received there in proper form after that time will be credited as of the next day. Allow 5 to 7 days for payments by regular mail to reach us. There may be a delay of up to 5 days in crediting a payment we receive that is not in proper form or is not sent to the correct address. The correct address for regular mail is the address on the front of the payment coupon. The correct address for express mail is shown in the Express Mail section.

**Proper Form.** For a payment sent by mail or courier to be in proper form, you must:
- **Enclose** a valid check or money order. No cash, gift cards, or foreign currency please.
- **Include** your name and the last four digits of your account number.

**Payment Other Than By Mail.**
- **In-Store (Where Available).** Any payment in proper form accepted in-store will be credited as of that day. However, credit availability may be subject to verification of funds. Not all stores accept payments. Contact your local store to see if in-store payments are accepted at that location.
- **Online/AutoPay.** Go to the URL on Page 1 of your statement to make a payment online. You can also enroll in AutoPay and have your payment amount automatically deducted each month from the payment account you choose.
- **Phone.** Call the number on Page 1 of your statement to make a payment by phone. For phone payments, you authorize us to electronically debit your specified bank account by an ACH transaction in the amount and on the date that you indicate on the phone. You may cancel a phone payment by calling us at the Customer Service number at the top of Page 1 within the time period disclosed to you on the phone. There is no fee for making a payment using our automated voice response system.

- **Agent-Assisted Phone Payments.** If you call us to make a payment with the assistance of a live agent, the payment will be applied the same day and you will be charged a $5.00 agent expedited payment fee.
- **Express Mail.** Send payment by express mail to: Consumer Payment Dept., 6716 Grade Lane, Building 9, Suite 910, Louisville, KY 40213.
- **Crediting Payments other than by Mail.** The payment cutoff time for Online bill payments, Phone payments, and Express Mail payments is midnight Eastern time. This means that we will credit your account as of the calendar day, based on Eastern time, that we receive your payment request.

**If you send an eligible check with this payment coupon, you authorize us to complete your payment by electronic debit. If we do, the checking account will be debited in the amount on the check. We may do this as soon as the day we receive the check. Also, the check will be destroyed.**

**Credit Reporting Disputes.** We may report information about your account to credit bureaus. If you think we reported inaccurate information, please write us at: Credit Bureau Dispute Verification, P.O. Box 6217, Sioux Falls, SD 57117.

**Report a Lost or Stolen Card Immediately.** Call the Account Inquiries number shown on Page 1.

**What To Do If You Think You Find A Mistake On Your Statement.** If you think there is an error on your statement, write to us at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

In your letter, give us the following information:
1. Account information: Your name and account number.
2. Dollar amount: The dollar amount of the suspected error.
3. Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases.** If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at the address for billing errors and customer service inquiries shown on Page 1 of your statement.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

SMC/TGI/SCC/SCP/HIPs AUG19

/A/- ME - 1238-5300-0092 -/B/- EM - 9 - STYNOFEE - -/C/- E - 98 - X - 30 -/D/- P - E - Y - 0 - N -/E/- 7 -     -   - 402 - 0 - 0 -
/F/- 01/09/20 - 06/01/11 - 105 - February 6, 2020 -/G/- N - -   - -/H/- 0 - - G41V -V -/I/- V - 0 - 0 - -/J/- -   - - 1905S - - 07/19

**Please provide change of address and update/add your phone numbers*here:** (Use blue or black ink.)

............................................................    ...........................................

............................................................    ...........................................

**\*Cell:** ...........................    **\*Home:** ...........................

**\*Phone:** By giving us a cell number or a number later converted to a cell number, you agree that we or our service providers can contact you at that number by autodialer, recorded or artificial voice, or a text. Your phone plan charges may apply.

Account: **** **** **** 9081

| 2020 Totals Year-to-Date | |
| --- | --- |
| Total Fees Charged in 2020 | $117.00 |
| Total Interest Charged in 2020 | $1,172.25 |

## ACTIVITY AND PROMOTIONS DETAIL

| | Original Promotion Trans Amount | Promo Trans Date | Previous Balance | Payments & Other Credits | Purchases, Cash Adv, Fees & Other Debits | Interest Charged | New Balance | Promotion Minimum Payment Due | Deferred Interest Charges | Promotion Expiration Date |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PURCHASES | | | | | | | | | | |
| REGULAR | - | - | $17,807.99 | - | $39.00 | $409.05 | $18,256.04 | - | - | - |
| CASH ADVANCES | | | | | | | | | | |
| REGULAR | - | - | - | - | - | - | - | - | - | - |
| TOTAL | | | $17,807.99 | $0.00 | $39.00 | $409.05 | $18,256.04 | $0.00 | $0.00 | |

| INTEREST CHARGE CALCULATION | Your **Annual Percentage Rate (APR)** is the annual interest rate on your account. | | |
| --- | --- | --- | --- |
| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
| PURCHASES | | | |
| REGULAR | 26.74% (D)(V) | $18,011.35 | $409.05 |
| CASH ADVANCES | | | |
| REGULAR | 28.65% (D)(V) | $0.00 | $0.00 |
| (V) = Variable Rate   (D) = Daily | | | |

| THANKYOU POINTS EARNED ON SEARS MASTERCARD |
| --- |
| ThankYou Member ID█████████████ |
| Base 1X on purchases                                              0 |
| **Points Earned This Billing Cycle**                     0 |
| **Visit thankyou.com or call 1-800-THANKYOU (842-6596) to redeem points or see full rewards details.** |
| Bonus Points may take one to two billing cycles to appear on your statement. Please refer to the specific terms and conditions pertaining to the promotion for further details. |

Account: **** **** **** 9081

THIS PAGE INTENTIONALLY LEFT BLANK

*Exhibit C*

IN THE COUNTY COURT FOR THE 4TH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY,
FLORIDA

CASE NUMBER: 16-2021-CC-6757

CITIBANK N.A.,
          Plaintiff,

vs.

LAWRENCE ZEKAS,
          Defendant.
                    /

**FILED**

**APR 1 0 2023**

DUVAL CLERK OF COURT

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE,** having come before the Court on March 22, 2023, upon Plaintiff's Motion for

Summary Judgment ("Motion"), and the court having reviewed the pleadings, having heard the arguments of

the parties and being otherwise duly advised in the premises, the court finds there were no genuine factual

issues, which would cause a jury to rule in Defendant's favor. Defendant failed to timely submit any

response, evidence or filings in opposition to Plaintiff's motion for summary judgment, see Fla. R. Civ. P.

1.510(c) (providing that the nonmoving party to file a response at least 20 days before the time fixed for the

hearing). Defendant's affirmative defenses do not negate the Motion or preclude the granting of the Motion.

If a party against whom a motion is filed fails to "establish the existence of an element essential to that

party's case, and on which that party will bear the burden of proof at trial," summary judgment for the

movant is warranted. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). Therefore, it is

      **ORDERED and ADJUDGED** that:

1. The Motion is Granted.

2. Plaintiff shall submit a Final Summary Judgment to the court.

      **DONE and ORDERED** in Duval County, Florida, this _____ day of

_____, 2023.

                                                        _____
                                                        JUDGE DAWN K. HUDSON

<u>Copies Furnished to:</u>

RAS LaVrar, LLC,
1133 S. University Drive, Second Floor
Plantation, FL 33324

LAWRENCE ZEKAS
9736 PEABODY DR N 9736 PEABODY DR N
JACKSONVILLE FL 32221-1282

File No.: 3000943244