Lawrence Zekas
9736 Peabody Drive N
Jacksonville, Florida [32221]
LZekas01@gmail.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| Lawrence Zekas, | Case No.: 3:22-00794-TJC-MCR |
| Plaintiff, | |
| vs. | |
| | **NOTICE OF UNAVAILABILITY** |
| CHRISTOPHER DUNN and RAS LAVRAR, LLC, | |
| Defendants. | |

NOW COMES, Lawrence Zekas, providing notice to all parties that due to previously scheduled private commitments and travel, I will be unavailable from Tuesday, July 4, 2023, through Wednesday, July 12, 2023

Respectfully done in good faith this _3ʳᵈ_ day of July, 2023, *without prejudice,*

By: _____
Lawrence Zekas

## CERTIFICATE OF SERVICE

I, Lawrence Zekas, certify that an original version of the foregoing document was filed in Court, and a true and correct copy of the foregoing document was emailed to the parties described below on this 3 ʳᵈ day of July, 2023.


By: _Lawrence Zekas_____
Lawrence Zekas, *without prejudice*

**Original filed via:**

https://www.flmd.uscourts.gov/electronic-document-submission-web-portal

To:

United States District Court
Middle District of Florida
Clerk of the Court
300 North Hogan Street
Jacksonville, Florida 32202

**Copies:**

Christopher Dunn
c/o RAS LaVrar, LLC
1133 S. University Drive, 2nd Floor
Plantation, FL 33324

*Did not send via email to:* cdunn@raslavrar.com [Because email is no longer working.]

RAS LaVrar, LLC
c/o VCORP SERVICES, LLC
1133 S. University Drive, 2nd Floor
Plantation, FL 33324

*Sent via email to:*  flavrar@raslavrar.com